UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JASON MICHAEL VASQUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:18-cv-00041 |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 18) recommending that Vasquez's Motion for Judgment on the Administrative Record (Doc. No. 15) be denied and the Commissioner's decision be affirmed. No objections have been filed to the Magistrate Judge's Report and Recommendation.

Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED**, and Vasquez's Motion for Judgment on the Administrative Record is **DENIED**. The Commissioner's decision is **AFFIRMED**. This shall serve as the final order in this case, and, therefore, the Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE